```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32354
  ROGER JOSEPH REINHOFER
  SHARON ANNE REINHOFER                         CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
      Debtor
   SSN XXX-XX-5070     SSN XXX-XX-3803


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/16/05 and confirmed on 10/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 113040.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC MORTGAGE CORP | CURRENT MORTG | 50942.89 | .00 | 50942.89 |
| CHASE AUTOMOTIVE FINANCE | SECURED | 8192.39 | 404.79 | 8192.39 |
| TOYOTA MOTOR CREDIT CORP | SECURED | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10486.95 | .00 | 4869.97 |
| FIA CARD SERVICES | UNSECURED | 10906.31 | .00 | 5064.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9188.26 | .00 | 4266.88 |
| CITGO PETROLEUM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10192.66 | .00 | 4733.31 |
| DISCOVER BANK | UNSECURED | 5103.69 | .00 | 2370.07 |
| ELAN FINANCIAL SVCS | SPECIAL CLASS | NOT FILED | .00 | .00 |
| NEX/MIL STAR/EXCHANGE | UNSECURED | 2326.30 | .00 | 1080.30 |
| FIRST EXPRESS | UNSECURED | 806.26 | .00 | 374.41 |
| GE MONEY BANK | UNSECURED | 5489.26 | .00 | 2549.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12089.20 | .00 | 5614.03 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 2559.05 | .00 | 1188.38 |
| ECAST SETTLEMENT CORP | UNSECURED | 770.68 | .00 | 357.89 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6820.09 | .00 | 3167.14 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3423.88 | .00 | 1590.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3158.19 | .00 | 1466.61 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 168.06 | .00 | 78.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10020.71 | .00 | 4653.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7593.27 | .00 | 3526.19 |
| WARREN CEMETERY & MAUSOL | UNSECURED | NOT FILED | .00 | .00 |

```
             Summary of disbursements:
-----------------------------------------------------------------------
             SECURED      PRIORITY     UNSECURED      OTHER       TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      59135.28         .00    101102.82         .00   160238.10
PRINCIPAL PAID          59135.28         .00     46950.53         .00   106085.81
INTEREST PAID             404.79         .00          .00         .00       404.79
TOTAL PAID              59540.07         .00     46950.53         .00   106490.60
```
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00   through the plan.

The Trustee received $   4849.40 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 05 B 32354 ROGER JOSEPH REINHOFER & SHARON ANNE REINHOFER